IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Young, Richard A | Case Number: 08 B 05127 |
|---|---|---|
| | Young, Sharon S | Judge: Hollis, Pamela S |
| | Printed: 7/1/08 | Filed: 3/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: May 19, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 300.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 280.50 |
| Trustee Fee: |  | 19.50 |
| Other Funds: |  | 0.00 |
| Totals: | 300.00 | 300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bizar & Doyle LLC | Administrative | 2,000.00 | 280.50 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 10,500.00 | 0.00 |
| 5. | Ocwen Federal Bank FSB | Secured | 3,365.00 | 0.00 |
| 6. | Florida Hospital | Unsecured | 3.25 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 10.70 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 29.90 | 0.00 |
| 9. | National Student Loan Program | Unsecured | 107.50 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 28.02 | 0.00 |
| 11. | Jeffrey Ward DO | Unsecured | 0.25 | 0.00 |
| 12. | Florida Hospital | Unsecured | 3.80 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 2.14 | 0.00 |
| 14. | Florida Hospital | Unsecured | 4.74 | 0.00 |
| 15. | Great Lakes Credit Union | Unsecured | | No Claim Filed |
| 16. | Cbc National Collection | Unsecured | | No Claim Filed |
| 17. | American Educational Services | Unsecured | | No Claim Filed |
| 18. | Focus Receivables Management LLC | Unsecured | | No Claim Filed |
| 19. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 20. | Liberty Collection Bureau | Unsecured | | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 22. | North American Credit Inc | Unsecured | | No Claim Filed |
| 23. | Medclear Inc | Unsecured | | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 25. | Rickenbacker Group | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Young, Richard A
Young, Sharon S
Printed: 7/1/08

Case Number: 08 B 05127
Judge: Hollis, Pamela S
Filed: 3/4/08

| | | | | |
|---|---|---|---|---|
| 26. | Nicor Gas | Unsecured | | No Claim Filed |
| 27. | Wfcb/Blair Catalog | Unsecured | | No Claim Filed |
| 28. | Medical Data Systems I | Unsecured | | No Claim Filed |
| 29. | TCF Bank | Unsecured | | No Claim Filed |
| 30. | Wachovia Bank | Unsecured | | No Claim Filed |

$ 16,055.30          $ 280.50

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 19.50 |

$ 19.50

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_